Metropolitan Life Insurance Company v. Leo Feinberg.— Motion for stay denied, with ten dollars costs.

In the Matter of The McCall Company.— Motion for reargument denied, with ten dollars costs.

Annie D. Preusse v. Childwold Park Hotel Company.— Motion granted.

The People of the State of New York v. Richard Moore.— Motion granted as stated in order.

In the Matter of New York and Brooklyn Bridge. (Matter of the Petition of William F. Donnelly.) — See memorandum.

Elizabeth McM. Godley v. Crandall & Godley Company.— Motion denied, without costs, and without prejudice to application by defendant to the Special Term for reargument of motion for appointment of receiver as to specific property. Memorandum per curiam. Settle order on notice.

In the Matter of the Public Service Commission (Modification of Lexington Avenue Route).— Report of commissioners confirmed. Order to be settled on notice, when the compensation of the commissioners will be fixed.

In the Matter of Armand Spenser, an Attorney.— Reference ordered. Settle order on notice.

Isaac Walcoff and Others, Respondents, v. Morton C. Robinson and Others, Appellants.— Motion to dismiss appeal granted.

Samuel Tepfer, Appellant, v. Rival Gas and Electric Fixture Supply Company, Respondent.— Determination and order affirmed, with costs. No opinion.

Walter Schultze, Respondent, v. Oscar Huttlinger, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

The People of the State of New York ex rel. Thomas G. Walsh, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Benjamin Stein, as Administrator, etc., of Harry Stein, Deceased, Respondent, v. The Grand Ice Cream Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Account of Carrie Wormser and Others, as Executors, etc., of Isidor Wormser, Deceased, Respondents. Julia Seligman, Appellant.— Decree affirmed, with costs. No opinion.

Samuel R. Smith, Respondent, v. Frank E. Anderson, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York v. Anton Sokolowski.— Motion granted unless appellant procure the record on appeal, and appellant's points to be filed, so that the appeal can be argued on or before the 12th day of April, 1910.

Lorenz Reich v. Eva S. Cochran and Others.— Motion granted unless appellant procure the record on appeal, and appellant's points to be filed, so that the appeal can be argued on or before the 12th day of April, 1910.